**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2306

RALEIGH ADOLPH BELLAMY,

Plaintiff - Appellant,

versus

NATIONWIDE INSURANCE COMPANY; TOWN & COUNTRY
FORD,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Robert J. Conrad, Jr.,
Chief District Judge. (3:06-cv-00072)

Submitted: May 10, 2007          Decided: May 14, 2007

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raleigh Adolph Bellamy, Appellant Pro Se. William Couchell
Robinson, ROBINSON ELLIOTT & SMITH, Charlotte, North Carolina;
Jami J. Farris, PARKER POE ADAMS & BERNSTEIN, LLP, Charlotte, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raleigh Adolph Bellamy appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bellamy v. Nationwide Ins. Co.</u>, No. 3:06-cv-00072 (W.D.N.C. Nov. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>